| | |
|---|---|
| 1 | COX, CASTLE & NICHOLSON LLP |
| 2 | Frederick H. Kranz (State Bar No. 055815) |
|   | fkranz@coxcastle.com |
| 3 | Lynn T. Galuppo (State Bar No. 204096) |
|   | lgaluppo@coxcastle.com |
| 4 | 19800 MacArthur Blvd., Suite 500 |
|   | Irvine, CA  92612-2435 |
| 5 | Telephone:  (949) 476-2111 |
|   | Facsimile:  (949) 476-0256 |
| 6 | Attorneys for Defendant and Counterclaimant |
| 7 | NAJLA GHANDOUR |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMA IARD, SA, a French corporation, | Case No. CV 10 4441 DSF (Ffmx) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL** |
| vs. | |
| RAMI W. GHANDOUR; NAJLA GHANDOUR a/k/a NAJLA JAROUDY, | TRIAL DATE:     FEBRUARY 14, 2012 |
| Defendants. | |
| AND RELATED COUNTER-CLAIM. | |

Based upon the Stipulation of Dismissal entered into by the parties,

IT IS HEREBY ORDERED that the Complaint against Defendants Rami and Najla Ghandour and the Counterclaim against Counterdefendant MMA IARD, S.A. filed in the above-caption action shall be dismissed with prejudice in their entirety and that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: February 24, 2011

_____
HONORABLE DALE S. FISCHER